FILED'11 JUL 1 9:40USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STATE OF OREGON,

      Plaintiff,

  v.

WARING PARK,

      Defendants.

Civ. No. 11-3061-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I find no error in the Report and Recommendation.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#4) is adopted. This matter is remanded to the Circuit Court for the State of Oregon for Jackson County. Defendant's application to proceed *in forma pauperis* (#1) is denied as moot.

IT IS SO ORDERED.

DATED this ___1___ day of July, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER